```
JAMES B. HARDIN, SBN 205071
CALL, JENSEN & FERRELL
610 Newport Center Drive
Suite 700
Newport Beach, California 92660
Tel: 949-717-3000 Email jhardin@calljensen.com
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAMES MATHISON and TIFFANY LINNBORN

**CASE NUMBER**

SACV08-00369 DOC (Anx)

v.                              Plaintiff(s),

BUMBO; BUMBO LIMITED; BUMBO (PTY) LTD;
BUMBO INTERNATIONAL; WARTBURG ENTERPRISES,
INC.; TARGET CORPORATION; et al.
Defendant(s).

**NOTICE OF DISMISSAL PURSUANT
RULE 41(a) or (c) F.R.Civ.P.**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s) <u>BUMBO; BUMBO LIMITED; BUMBO (PTY) LTD; BUMBO INTERNATIONAL; TARGET</u>
<u>CORPORATION, A MINNESOTA CORPORATION; TOYS "R" US-DELAWARE, INC., A DELAWARE CORPORATION,</u>
<u>AKA BABIES "R" US; WAL-MART STORES, INC., A DELAWARE CORPORATION</u>
is/are dismissed from (*check one*)   ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party
Claim brought by <u>James Mathison and Tiffany Linnborn - WITHOUT PREJUDICE</u>   .

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

                              Call, Jensen & Ferrell, APC

<u>September 9, 2008</u>          <u>s/James B. Hardin</u>
            *Date*                    *Signature of Attorney/Party*
                              James B. Hardin

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for
summary judgment, whichever first occurs.*

   *F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading
or prior to the beginning of trial.*

CV-9 (07/01)          NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)          CCD-09